UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62808-CIV-ALTMAN/Hunt

**PATRICIA KENNEDY**,

    *Plaintiff*,

v.

**EMRE S. SARIHAN**,

    *Defendant*.

_____/

**ORDER**

    **THIS MATTER** came before the Court for a status conference on December 17, 2019. Following the status conference, the parties jointly represented to the Court that they have resolved all outstanding claims in this matter. Having carefully reviewed the record and being otherwise fully advised, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal on or before **December 27, 2019**.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of December 2019.

                                                             **ROY K. ALTMAN**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record